# In the United States Court of Federal Claims

```
*   *   *   *   *   *   *

KIRA, INC.,                          *

         Plaintiff,                  *      No. 06-736 C

      v.                             *      Filed: January 10, 2008

UNITED STATES OF AMERICA,            *

         Defendant.                  *

*   *   *   *   *   *   *
```

**ORDER**

    The parties' stated on October 1 that they have been in settlement negotiations and that they anticipated filing a joint motion to dismiss on October 31. We ask counsel to advise the Court of the progress of these negotiations no later than January 18.

    SO ORDERED.

                                                    s/Robert H. Hodges, Jr.
                                                     Robert H. Hodges, Jr.
                                                     Judge